686 A.2d 1190

IN THE MATTER OF REGINALD JENNINGS,
AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on October 31, 1996, having filed with the Court its decision concluding that **REGINALD JENNINGS** formerly of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of three months for having abandoned a client, in violation of *RPC* 1.1(a), and for failing to cooperate with the ethics authorities, in violation of *RPC* 8.1(b), and good cause appearing;

It is ORDERED that **REGINALD JENNINGS** is hereby suspended from the practice of law for a period of three months, effective February 5, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that the Disciplinary Review Board shall cause this Order to be published in two consecutive issues of the *New Jersey Law Journal* and the *New Jersey Lawyer* and in a newspaper of general publication in Bergen County; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.